**OLSHAN**

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: CVILLATORO@OLSHANLAW.COM
DIRECT DIAL: 212.451.2365

December 29, 2023

> Defendants' request is GRANTED.
> The Clerk of Court is directed to
> terminate the motion at ECF No. 42.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: January 2, 2024

**VIA ECF**

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square – Room 240
New York, NY 10007

RE:   <u>Mariah Maryse v. PFNY LLC et al.</u> Case No. 23-CV-00891-AS

Dear Judge Subramanian,

This firm represents the Defendants in the above-referenced action. We respectfully submit this letter-motion seeking a 14-day extension of the upcoming deadlines related to Defendants' motion for summary judgment.

We are seeking this extension due to various conflicts that arose from vacation schedules surrounding the holidays. This is Defendants' first request for an extension of these deadlines. Defendants propose the following new deadlines:

| **Filing** | **Original Deadline** | **New Deadline** |
|---|---|---|
| Defendants' motion for summary judgment | January 8, 2024 | January 22, 2024 |
| Plaintiff's opposition | January 29, 2024 | February 12, 2024 |
| Defendants' reply | February 9, 2024 | February 23, 2024 |

We have conferred with Plaintiff's counsel via email regarding this request and they have consented to the extension.

Respectfully submitted,

*/s/ Christian Villatoro*

Christian Villatoro

cc:   Gregory Calliste, Esq. (via ECF)
      Alexandria Jean-Pierre, Esq. (via ECF)

12243594-4