# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: MPASSARELLA@OLSHANLAW.COM
DIRECT DIAL: 212.451.2322

February 16, 2024

**VIA ECF**

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square – Room 240
New York, NY 10007

      RE:    <u>Mariah Maryse v. PFNY LLC et al</u>. Case No. 23-CV-00891-AS

Dear Judge Subramanian,

    This firm represents the Defendants in the above-referenced action. We respectfully submit this letter-motion seeking an extension of time, up to and including March 1, 2024, for Defendants to file and serve its reply in support of its motion for summary judgment. Defendants' original date to respond was February 26. We are seeking this extension due to various conflicts, including a scheduled vacation and the transition necessitated by an attorney leaving the firm and the subsequent onboarding of a new attorney. This is Defendants' first request for an extension regarding the reply brief.

    We have conferred with Plaintiff's counsel via email regarding this request and they have consented to the extension.

                                     Respectfully submitted,

                                     */s/ Michael Passarella*

                                   Michael Passarella

cc:    Gregory Calliste, Esq. (via ECF)
        Alexandria Jean-Pierre, Esq. (via ECF)

> Application granted. The Clerk of Court is directed to terminate the motion at ECF No. 54.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: February 20, 2024

12243594-4